# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCHIBALD SABRINA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PNC FINANCIAL SERVICES CORP. )<br>et al., )<br>)<br>Defendants. | Case No.  3:23-cv-1843-JPG |

## JUDGMENT IN A CIVIL CASE

The Court having heard argument and come to a decision,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:  December 7, 2023**

MONICA A. STUMP, Clerk of Court

By:    s/*Tina Gray,*
          Deputy Clerk

**APPROVED:** *s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**